FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  ____  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

WINFRED ROBERT FAULCON,               )   Case No.  CV 11-01040 DDP (AN)
                                       )
              Petitioner,              )
                                       )   ORDER ACCEPTING THE FINDINGS
       v.                              )   AND RECOMMENDATION OF THE
                                       )   UNITED STATES MAGISTRATE JUDGE
TIMOTHY BUSBY,                         )
                                       )
              Respondent.              )
                                       )
_____)

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the

Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections,

which Petitioner erroneously titled "Reply" (dkt. 23). Further, the Court has completed

a *de novo* review of those portions of the R&R to which Petitioner has objected.

       IT IS ORDERED that:

       1.     The Objections, which merely reiterate arguments already raised and

rejected in the R&R, are overruled.

       2.     The Court accepts the findings and recommendation of the R&R.

       3.     Judgment shall be entered denying the First Amended Petition and

dismissing this action with prejudice.

       4.     All motions are denied as moot and terminated.

       IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this

Order and the Judgment on all counsel or parties of record.

Dated:   __June 5__, 2012

                                       _____
                                       DEAN D. PREGERSON
                                       UNITED STATES DISTRICT JUDGE