```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

        JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY    shy            DEPUTY
```

ENTER / JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WINFRED ROBERT FAULCON,<br><br>        Petitioner,<br><br>    v.<br><br>TIMOTHY BUSBY,<br><br>        Respondent. | Case No.  CV 11-01040 DDP (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:   June 5  , 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

        JUN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                  DEPUTY
```